March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

Brandon Smith   ,
                Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY TEL/VIDEOCONFERENCE**

21 -Mag- 9295 (__)(__)

Defendant __Brandon Smith_____ hereby voluntarily consents to participate in the following proceeding via Tel/videoconferencing:

__X__  Initial Appearance/Appointment of Counsel

____  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____  Preliminary Hearing on Felony Complaint

____  Bail/Revocation/Detention Hearing

____  Status and/or Scheduling Conference

____  Misdemeanor Plea/Trial/Sentence

/s/ Brandon Smith
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Brandon Smith**
Print Defendant's Name

Defense Counsel's Signature

**Donna R. Newman**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

9/28/2021
Date

/s/ Gabriel W. Gorenstein
U.S. District Judge/U.S. Magistrate Judge